E-FILED
Friday, 23 February, 2007  04:31:26 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS _____

UNITED STATES OF AMERICA

v.

**Willie James Williams, Jr.**

## CRIMINAL COMPLAINT

CASE NUMBER: 07 - *6017*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about February 23, 2007 in Peoria County, in the Central

District of Illinois defendant, (Track Statutory Language of Offense)

did knowingly possess more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with the intent to distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

I further state that I am a(n) __Task Force Officer - DEA__ and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.
Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

_____ s/Agent _____
Signature of Complainant
John Couve
Task Force Officer - DEA

Sworn to before me and subscribed in my presence,

February 23, 2007
_____
Date

at     Peoria, Illinois
_____
City and State

Michael M. Mihm
United States District Judge
_____
Name & Title of Judicial Officer

s/Michael M. Mihm
_____
Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF COMPLAINT

1. Complainant has been a police officer with the City of Peoria
for the past nineteen years and is currently assigned to the
Special Investigations Division, Vice and Narcotics Unit.
Complainant has attended basic law enforcement classes and a Cook
County Multi-County Enforcement Group (MEG) forty hour basic
narcotics investigation school.  Complainant was sworn in as a
Federal Task Force Officer with the DEA in Springfield, Illinois
in October 2004.

2. This affidavit is made in support of an application for an
arrest warrant for Willie J. WILLIAMS Jr. The unlawful activities
are Possession with Intent to Distribute more than fifty grams of
a mixture and substance containing crack cocaine, in violation of
Title 21 U.S.C., Section 841 (a)(1) & (b)(1)(A).

3. Your affiant is familiar with the following facts based upon
your affiant's personal observations and upon information
officially supplied to your affiant by other law enforcement
agents or the people described in this affidavit.

4. Peoria Police Special Investigations Division (S.I.D.) received
information that WILLIAMS was a distributor of large quantities of
crack cocaine in the Peoria area.  S.I.D. Officer Brad Dixon
received information from a confidential informant (C.I.) stating
that they could call a black male known to C.I. as "Junior" on the
phone and order a quantity of crack cocaine and that "Junior"
would deliver the crack cocaine to a pre-determined location.
C.I. stated that "Junior" normally drove a maroon Ford Expedition
vehicle when he delivered the crack cocaine.  S.I.D. Officers knew
WILLIAMS to go by the A.K.A. – "Junior" and that WILLIAMS drove a
maroon Ford Expedition with Illinois registration #888 0541.
S.I.D. Officers also knew WILLIAMS to have a revoked Illinois
driver's license.  S.I.D. Officer Dixon showed C.I. several
photographs of similar looking black males.  C.I. identified the
photograph of Willie J. WILLIAMS Jr., D.O.B. 04-15-1969, as the
subject known to C.I. as being "Junior".

5. On February 23, 2007, Affiant directed C.I. to call WILLIAMS
and order a quantity of crack cocaine.  C.I. called WILLIAMS,
ordered the crack cocaine and WILLIAMS agreed to deliver the crack
cocaine in Peoria at a pre-determined location.  Surveillance was
set up on the pre-determined location.  At approximately 8:08
a.m., surveillance officers observed WILLIAMS driving the above
listed Ford Expedition approaching the pre-determined location.
WILLIAMS phoned the C.I. and advised the C.I. that he was arriving

1

at the pre-determined location.  Officers observed WILLIAMS pull
into the pre-determined location and back into a parking space.
Officers converged on WILLIAMS and the Ford Expedition. Your
Affiant used his unmarked vehicle to blocked WILLIAMS into the
parking space that he had backed into.  WILLIAMS immediately put
his vehicle into reverse and attempted to back up in an effort to
flee.  Your Affiant continued to move his vehicle with WILLIAMS in
an effort to stop WILLIAMS from fleeing. WILLIAMS had no room in
which to maneuver his vehicle and again stopped his vehicle.
Other S.I.D. Officers converged on the vehicle.  WILLIAMS put the
vehicle into park as ordered by the Officers but would not unlock
and open his door as ordered.  Officers had to break out the
driver's side window and WILLIAMS was placed under arrest for
driving while license revoked.  Upon searching the vehicle,
Officers located a clear plastic zip lock bag wrapped in a white
paper towel on the floorboard of the vehicle between the driver's
seat and the door jam of the vehicle.  Inside the clear plastic
zip lock bag was a large quantity of off-white rock like substance
of suspected crack cocaine.  The package of crack cocaine weighed
approximately 131.3 grams with packaging.  Officer C. Miller field
tested the substance using the Valtox test kit and received a
positive reaction for the presence of cocaine by color.

6. Based on the information in this affidavit, your affiant
requests the issuance of an arrest warrant for Willie J. WILLIAMS
Jr.

s/Agent
_____
TFO John P. Couve
Drug Enforcement Administration


Sworn to and subscribed to
Before me this date

February 23, 2007


s/Michael M. Mihm
_____
United States District Judge
Michael M. Mihm
Peoria, Illinois


2