AO 470 (8/85) Order of Temporary Detention

# United States District Court

_Central_ DISTRICT OF _Illinois_

FILED
FEB 2 3 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

_Willie James Williams Jr._
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: _07-1017_

Upon motion of the _Government_, it is ORDERED that a detention hearing is set for _2/27/07_ * at _3:00 PM_
Date / Time
before _Magistrate Judge John A Gorman_
Name of Judicial Officer
_100 NE Monroe, Peoria Il_
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____ )
_U.S. Marshal_ ) and produced for the hearing.
Other Custodial Official

_2/23/07_
Date

s/Michael M. Mihm
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.