UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) Crim. No. 07-6017 |
| | ) |
| WILLIE JAMES WILLIAMS, JR., | ) |
| | ) |
|     Defendant. | ) |

**MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL**

    Now comes Karl W. Bryning, Assistant Federal Public Defender, and the Office of the Federal Public Defender for the Central District of Illinois and move this Honorable Court for the entry of an Order granting them leave to withdraw as the counsel of record for the Defendant in the above-entitled cause on the ground that the undersigned counsel have a conflict of interest in representing the Defendant based upon counsels' representation of another party in another case. Counsel requests an in camera hearing, outside the presence of the Government, to provide further information in support of this motion.

    RICHARD H. PARSONS
    Chief Federal Public Defender

    s/ Karl W. Bryning

    Karl W. Bryning
    Assistant Federal Public Defender
    Attorney for Defendant
    401 Main Street, Suite 1500
    Peoria, Illinois 61602
    Phone: 309/671-7891
    FAX: 309/671-7898
    Email: karl_bryning@fd.org

CERTIFICATE OF SERVICE

      I hereby certify that on December 21, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Bradley Murphy, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

      s/ Karl W. Bryning

      Karl W. Bryning
      Assistant Federal Public Defender
      Attorney for Defendant
      401 Main Street, Suite 1500
      Peoria, Illinois 61602
      Phone: 309/671-7891
      FAX: 309/671-7898
      Email: karl_bryning@fd.org