AO 442 (Rev. 6/95) Warrant for Arrest

**FILED**
**E-FILED**
Monday, 05 March, 2007 12:27:26 PM
Clerk, U.S. District Court, ILCD

# United States District Court

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

Willie James Williams, Jr.

Peoria, IL

**WARRANT FOR ARREST**

CASE NUMBER: 07- 6017

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Willie James Williams, Jr.
_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offenses)

possession of more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute

in violation of Title    21    United States Code, Section(s)   841(a)(1) and 841(b)(1)(A)

MICHAEL M. MIHM                                UNITED STATES DISTRICT JUDGE
Name of Issuing Officer                         Title of Issuing Officer

s/Michael M. Mihm                              2/23/07 Peoria, IL
Signature of Issuing Officer                    Date and Location

Bail fixed at  $  No Bond            by   s/Michael M. Mihm
                                           Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendants at _____
Rock Island

| DATE RECEIVED 03/01/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/27/07 | Jay Bump DEA | [signature] |