IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
MAR 21 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 07-10037 |
|  | ) VIO: Title 21, United States Code, 841(a)(1) |
|  | ) and 841(b)(1)(A) |
| WILLIE JAMES WILLIAMS, JR., | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about February 23, 2007, in Peoria County, in the Central District of Illinois, the defendant,

**WILLIE JAMES WILLIAMS, JR.,**

knowingly possessed more than fifty (50) grams of a mixture and substance containing cocaine base (crack), a Schedule II controlled substance, with intent to distribute.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A True Bill.

/s/ Foreperson
Foreperson

s/ Assistant U.S. Attorney
for RODGER A. HEATON
UNITED STATES ATTORNEY

BWM