E-FILED
Friday, 30 March, 2007 09:08:33 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>     Plaintiff | )<br>)<br>) |
| | ) CASE NO. **07-10037** |
| | ) |
| **Willie James Williams, Jr.**<br>     Defendant | )<br>) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:30 p.m.** on **Thursday, May 3, 2007.**

This matter is set for Jury Trial at **9:00 a.m.** on **Monday, May 21, 2007**

at

[ X ] Peoria, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 29th day of March, 2007

/s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE