E-FILED
Sunday, 22 July, 2007   08:14:51 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 07-10037-001 |
| WILLIE JAMES WILLIAMS, JR. | ) ) ) |
| Defendant. | ) |

## **MOTION FOR EXTENSION OF TIME TO FILE OBJECTION TO PRESENTENCE REPORT**

NOW COMES the Defendant, WILLIE JAMES WILLIAMS, JR., by his attorney, LUKE P. TAYLOR, P.C., and moves this Court for the entry of an Order granting an extension of time in which Defendant may file an objection to the Presentence Report, and in support thereof, states as follows:

1. As part of the U.S. Probation Office's preparation of the Presentence Investigation Report (dated June 19, 2007), criminal history points were assessed against the Defendant for seven (7) separate convictions for Driving on Revoked or Suspended License;

2. The resulting criminal history points accumulated relative to the above referenced convictions for Driving on Revoked or Suspended License total 16 of the 17 total criminal history points assessed against the Defendant;

3. The U.S. Probation Office, in **Part E.** of the PSR, discounted four of the five two (2) point offenses based upon the potential overrepresentation of Defendant's criminal history based upon the substantial points accumulated for the traffic offenses;

4. On June 24, 2007, counsel for the Defendant met with the Defendant to review the Presentence Report;

5. During said meeting Defendant communicated to Counsel his dissatisfaction with the fact that criminal history points were assessed against the Defendant for convictions for Driving on Revoked or Suspended License;

6. At the conclusion of said meeting counsel for the Defendant was under the belief that the Defendant's initial objection to the criminal history aspect of the Presentence Report had been resolved;  Consequently, counsel for the Defendant advised the U.S. Probation Office that there were no objections to the PSR;

7. That on July 18, 2007, U.S. Probation Officer Genise Bailey forwarded to the Defendant a copy of the Addendum to the Presentence Report which indicated that the Defendant did not have any objection to the Presentence Report;

8. That on July 22, 2007 counsel for the Defendant met with the Defendant in preparation for the upcoming sentencing hearing.  It was during this meeting that Defendant expressed that he maintained his objection as to the assessment of criminal history points based upon convictions for Driving on Revoked or Suspended License;

9. That the issue in controversy is legal in nature and should be able to be addressed using a minimum of the Court's and the Government's time and resources;

10. That it would be in the interest of justice and ultimately in the interest of judicial economy to grant the requested relief.

WHEREFORE, Counsel for the Defendant, WILLIE JAMES WILLIAMS, JR., respectfully requests the entry of an Order granting Defendant an extension of time in which he may file an objection to the Presentence Report relative solely to the issue referenced herein.

WILLIE JAMES WILLIAMS, JR, Defendant

By: _/S/__LUKE P. TAYLOR_____
LUKE P. TAYLOR, His Attorney

**PROOF OF SERVICE**

I hereby certify on July 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Mr. Bradley Murphy, Assistant United States Attorney, One Technology Plaza, 211 Fulton Street, Suite 400, Peoria, Illinois 61602.

By: _/S/__LUKE P. TAYLOR_____
LUKE P. TAYLOR, His Attorney

Luke P. Taylor
Attorney at Law
8 South Fourth Street
Pekin, IL  61554
309-346-1002
FAX: 309-346-0051
ltlawoffice@grics.net