E-FILED
Thursday, 26 July, 2007 11:07:06 AM
Clerk, U.S. District Court, ILCD

07-10037

July 21, 2007

FILED
JUL 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Judge,

I would like to speak for a brief moment on my brother Willie J. Williams Jr. Hopefully you will have enough time to study these words of love.

I pray to God everyday that you are a Christian man and that he will have mercy on your heart for my brother.

I know by you being a judge this is day to day living for you. So you probably hear the same things over & over.

Willie is so different, anybody and everybody who knew him loved him. He is so kind and mild mannered. What you see is exactly what you get. No matter what happens I will always be there for him to the end.

He has become a grandfather for the first time since his lock-up.

I'm not asking that you forget he committed a crime, just that maybe he can get a second chance in life. Other than suspended license he has no other record. I'm willing to do whatever is asked of me to be responsible for my brother. I don't have to tell you how much I love him and miss him because there's not enough space on this paper, or ink in my pen. If time is the final answer, sir could you make it possible for him to be close enough so that I can bring his granddaughter who is (3) mths to visit him so that he can get to know her. I'm his only sister and

the oldest of 5. Well I've taken up enough of your time.

Sincerely
Melissa Edwards-Murry