07-10037

To whom it may concern,

I would like to speak on behalf of my uncle Willie James Williams Jr.. I just wanted to let you know that my uncle is not a bad person. I understand that he did make a mistake though. My entire life I've always known my uncle to be a great person not a selfish bone in his body, he would give you anything if you asked for it. I also know if you needed anybody to be there for you that you could count on him. I'm just asking that if their is anything that you could do to lesser his sentence would be greatly appreciated.

Dante' Johnson


FILED
JUL 26 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS