E-FILED
Tuesday, 07 August, 2007 08:58:55 AM
Clerk, U.S. District Court, ILCD

August 1, 2007

Willie Williams, Sr.
2024 E. Main St.
El Dorado, AR. 71730

TO: Judge Joe Billie Mc Dade

RE: Willie Williams, Jr.

07-10037

Dear Sir,

I am Willie Williams Sr., the father of Willie Williams, Jr. I am writing this letter pleading for my son. I realize children make mistakes by taking the wrong path sometimes. Hopefully they will learn from their mistakes.

I am employed at Wal-Mart Super Center here in El Dorado, Arkansas. I am a strong believer in God and I have accepted him as my personal Savior. I have also tried to impress this upon the minds and hearts of my children. I serve in the role of a Deacon in my church and I try to help anybody in whatever way I can.

Willie is a good young man, he just made a wrong choice. He is generous, has a good reputation and is well liked. He also tries to help people in whatever way he can. Yes, he made a wrong choice, but I am asking for your leniency on him. I will help in whatever way that I can to make sure that he doesn't go this route again.

Thank you and may God bless you.

Sincerely,

*Willie Williams, Sr.*

Willie Williams, Sr.

RECEIVED
AUG 6 2007
CHAMBERS
JUDGE McDADE

Dear Honorable,

My name is Christina Williams and I am writing concerning my uncle Willie Williams. I've known him all my life. I'm only 17 yrs old and I go to Central High School and I don't have to much family to fall back on and support me through school being that my dad have been locked up all my life. My uncle has always been there for me when I need guidedence through school and the streets. He has been my favorite person every sence I cold remember after my dad left and I can speak for my little brothers and sesters too. He is so sweet, quiet and keep a smile. He didn't drink, smoke or go out to clubs or nothing like the flashy tipp and gang banging or bothering others is out of his character. The most things was important to him was making sure his family was ok. He was a Rock to every one because we never heard anything like that on the streets until the police got him and I couldn't

believe it than because he made sure the teenagers in the family take drug tests every week. He was always mannerable and respectful it was yes malm & no malm to his elders and now in days you would hardly hear that. I probably don't know what I would do if my uncle got alot of time knowing he doesn't deserve it. And it seems like people in and out of my life. and you know what they say. Bad always happen to good. I'm not asking you to forgive him but, I just want you to be linent on him. Though he has not been in any trouble for minor things like driving on suspended license. He only drives to help the family out it a long story everyone depend on him. So please show us a little sympathy and help my uncle come home

Respectfully yours
Christina W.

RECEIVED
AUG 6 2007
CHAMBERS
JUDGE McDADE

**Felicia Avery**
**10640 South Wallace**
**Chicago, Illinois 60628**
**773 928 4315**

August 1, 2007

Honorable Judge Billy Joe McDade
United States District Court Judge
100 NE Monroe Street, Suite 309
Peoria, Illinois 61602

Dear Honorable Judge McDade:

I am Felicia Avery writing on behalf of Willie Williams and would like to ask that you take into consideration my person testimony when handing down your sentence.

I have personally known Mr. Williams for over 13 years and consider him a close friend. During this time I have only Willie to encountered traffic violations. He has expressed his regret when faced with the fact that he did not properly response to these violations. He has also expressed remorse to his current violation of the law.

Mr. Williams has been a mentor and a confidant to my teen son and other young men. He has encouraged them to stay out of trouble and achieve success by completing their education and enrolling in college. He has also gained the trust and love of my family and friends. Willie is a constant face at our family gathering and celebrations. We have enjoyed sharing special times with him and will miss him.

Judge McDade, I ask that you please take into consideration Mr. Williams' kind heart and good spirit when providing sentencing. He's truly a good individual and has the potential to contribute to society. I am confident that Mr. Williams is remorseful and once he has completed his sentence he will continue to be a positive role model and citizen in the state of Illinois.

Sincerely,

Felicia M. Avery