E-FILED
Friday, 24 August, 2007  03:14:55 PM
Clerk, U.S. District Court, ILCD

Dear Mr. McDade,

First I would like to apologize for any inconvenience that I might have caused the court about the change of my court date. I'm Willie Williams, Mr. McDade. I'm writing you regarding to my situation sir. Would you please do not deny me the [safety value], because of petty Traffic Tickets. I have checked into it and I know you could make that decision of your choice. So I'm asking would you please be considerate of the matter. Thank you sir.

Your Honor I never knew anything about a [safety value] until my lawyer came to see me. He stated I was eligible for it, because I do not have a felony. Then later down the road, I'm not eligible.

Mr. McDade, Whats most important to me are my children. I have always done my best making sure they were fine. I have 4 kids, 2 graduated from High school and I have 2 more to help get through high school. This is the first time I have ever let them down. I apologized to my children for this situation and my family. I'm asking and hoping for the less sentence as possible. Thank you sir. I'm sorry brony Inconvenience I'd caused the courts, society, and myself.

Sincerely
Willie Williams

July 30, 2007

To Whom It May Concern:

This letter is concerning a student of mine, Willie Williams. I have had the opportunity to teach Willie in a few different settings over the past few years. I first met Willie when I was teaching night school at the Adult Education Center. He was attending evening classes with his girlfriend and their teenage sons. I was most impressed by such a positive, family effort. I had never seen such an educational commitment. Willie has always been quiet, polite, kind and respectful. I now have Willie as a student at the Peoria County Jail. He attends my math class. He enjoys learning and is very motivated. His goal is to obtain his GED and he is very focused on that goal. I believe that Willie Williams could be a productive member of this community. I honestly believe that he has the ability to contribute positively to the lives of his family and to society.

Respectfully,

Hedy Elliott-Gardner

Willie is not a hard person to read. You can tell he is a very special person. Who everyone is looking forward to coming home. If he were to go's to prison it hid we will not understand. How such a good uncle like Willie get in jail. When he's running beside the family. Getting on them about doing wrong. This is very hard for me to see. So pleas find it in your heart to see the wonderful uncle he is. And how he keeps peace with the family. They will never understand what happen.

Thank you
Shawn Thomas

To The Honorable Judge
Joe Billy McDade

I am writting in regards to my nephew Willie Jr. Williams. My nephew is a very warm kind heart person, who has made a honest mistake, but overall my nephew has always been light of the family, we all love him so much, just as his kids. He grown up from a good family, with lots of love, surrounding him. But as his Aunt, I feel if giving a second chance, he will not make the same mistake.

Thank You
M. Davis

RECEIVED
AUG 1 4 2007
CHAMBERS
JUDGE McDADE