UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number 1:07-CR-10037-001 |
| Plaintiff, | Honorable Joe B. McDade |
| vs | |
| WILLIE JAMES WILLIAMS, | |
| Defendant. | |

FILED
MAR 27 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**MOTION FOR 2 LEVEL REDUCTION
PURSUANT TO 18 USC 3582(c)(2)**

Now comes, the defendant, WILLIE JAMES WILLIAMS Jr. proceeding pro se, and respectfully moves this honorable court for a 2 level reduction pursuant to 18 USC 3582(c)(2) and states as follows:

1. On August 24, 2007, the Honorable Joe B. McDade imposed a sentence of 120 months resultant from this defendant's guilty plea for possession of cocaine base (crack) with intent to distribute in violation of 21 USC 841(a)(1) and 841(b)(1)(A).

2. Starting November 1, 2007, the Guidelines' offense levels for crack cocaine were reduced generally by two levels that resulted in the average sentence reduction of guideline range of approximately two years.

3. On December 11, 2007, the Sentencing Commission voted unanimously to make the crack cocaine Guideline amendment retroactive. This retroactivity went into effect on

Page 2 of 2

March 3, 2008, which means that (a) motions can be brought on and after the effective date and (b) courts have authority to start granting motions for reductions of sentences on that date.

4. This defendant strongly believes that the 2 level reduction applies to this defendant.

5. This defendant moves for appointment of counsel to represent this defendant in any further proceeding in this matter.

Respectfully,

*Willie Williams*

Willie James Williams Jr.
Proceeding pro se
#13580-026
Post office Box 5000
Pekin, Illinois 61555-5000

## CERTTIFICATE OF SERVICE

PLEASE take notice that on March 24, 2008, I placed in the legal mailbox at the Federal Correctional Institution in Pekin, Illinois, three (3) copies of this document addressed to the Clerk of the United States District Court at 100 N.E. Monroe Street in Peoria, Illinois 61602.

PLEASE return one copy stamped received to the above-signed.