# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIE JAMES WILLIAMS, Jr., )<br>)<br>Defendant. ) | Case No. 07-10037 |

## O R D E R

Defendant filed a Motion for Retroactive Application of Sentencing Guidelines [Doc. 24] on March 27, 2008. The Court entered an Order [Doc. 27] on April 18, 2008, allowing the Public Defender's Office to withdraw upon a finding that Defendant was ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and allowing Defendant to proceed *pro se*. A Response by Defendant was to be filed with the Court by May 16, 2008, either conceding that he is not eligible for a sentence reduction or to explain why the Amendment applies in spite of the fact that his sentence was based on the statutory mandatory minimum and not a sentencing range that has been reduced by the crack amendment.

Since no Response has been filed with the Court, Defendant's Motion [Doc. 24] is DENIED with prejudice.

ENTERED this   19th   day of June, 2008.


                                                   s/Joe B. McDade
                                                   JOE BILLY McDADE
                                                   United States District Judge